■ LEANDRA RODRIGUEZ, Respondent, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Appellants, et al., Defendant. [5 NYS3d 729]—Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered August 7, 2014, which denied defendants' motion to change venue from Bronx County to New York County, unanimously affirmed, without costs.

The failure to move for a change of venue on the ground of improper venue within 15 days of service of a demand to change venue was fatal to the motion (see CPLR 511 [b]; *Banks v New York State & Local Employees' Retirement Sys.*, 271 AD2d 252, 253 [1st Dept 2000]; *Pittman v Maher*, 202 AD2d 172, 174 [1st Dept 1994]). Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels, Clark and Kapnick, JJ.